# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DR. RUDY R. MANTHEI, | |
| Plaintiff, | Case No. 2:13-cv-01218-APG-NJK |
| vs. | ORDER |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | |
| Defendants. | (Docket Nos. 30-32) |

Pending before the Court is Plaintiff's motion to file under seal the entirety of his response to the motion to compel, and all exhibits attached thereto. Docket No. 30; *see also* Docket No. 31 (response to motion to compel, along with attachments, filed under seal). Plaintiff has also filed under seal a motion for sanctions, Docket No. 32, but has not filed an accompanying motion to seal for that filing. The Court outlined the relevant procedures and standards for sealing in its order dated November 15, 2013. Docket No. 21. In particular, the Court explained that its approval of the blanket protective order was not a finding in any way that any particular documents are secret or confidential. *See Id.* at 2. The Court further instructed that any request to seal any filing must be accompanied by a showing that the relevant standards outlined by the Ninth Circuit in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) have been met.

With respect to the documents most recently filed under seal, no such showing was made. Indeed, as to the motion to compel and its exhibits, it does not even appear that Plaintiff believes all of the filing should be sealed even though they were sealed in their entirety. For now, the Court will

1  keep Docket Nos. 31 and 32 under seal.  Nonetheless, no later than March 11, 2014, each party shall
2  file a declaration identifying <u>with particularity</u> all portions of Plaintiff's filings that they contend
3  should be sealed under the standards enunciated in *Kamakana v. City and County of Honolulu*, 447
4  F.3d 1172 (9th Cir. 2006).  The parties shall also explain for each part of the filing they contend
5  warrants secrecy, whether redaction of the document (as opposed to sealing in its entirety) is
6  possible.
7      FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE COURT
8  UNSEALING THE DOCUMENTS AT ISSUE.
9      IT IS SO ORDERED.
10     DATED:   March 7, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

2