# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUDY R. MANTHEI, M.D., | Case No. 2:13-cv-01218-APG-NJK |
| Plaintiff(s), | ORDER SETTING HEARING |
| vs. | (Docket Nos. 25, 30, 32) |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | |
| Defendant(s). | |

Pending before the Court is a motion to compel and for sanctions, a cross-motion for sanctions, and a motion to seal. Docket Nos. 25, 30, 32. The Court hereby **SETS** a hearing on these motions for April 7, 2014, at 1:30 p.m. in Courtroom 3B.

IT IS SO ORDERED.

DATED: March 17, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge