# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DR. RUDY R. MANTHEI,

        Plaintiff(s),

v.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

        Defendant(s).

Case No. 2:13-cv-01218-APG-NJK

**ORDER**

On April 7, 2014, the Court ordered the public filing of partially redacted versions of various documents, including the counter-motion for sanctions. *See* Docket No. 42. In compliance with that order, Plaintiff filed a partially redacted version of that motion. *See* Docket No. 44. The Clerk's Office is hereby ORDERED to correct the docket to reflect that Docket No. 44 is not a pending motion, but rather only a public version of the sealed counter-motion for sanctions at Docket No. 32 that was already denied on April 7, 2014. *See* Docket No. 42.

IT IS SO ORDERED.

DATED: April 18, 2014

_____
Nancy J. Koppe
United States Magistrate Judge